No. 4973.

State ex rel. S. D. Dixon, tutor, v. Judge of the Fifth District Court, parish of Orleans.

A judgment signed in vacation is no judgment. Being no judgment, no appeal could be taken from it. Relator has the right to see that the judgment of which he complains be regularly signed.

APPLICATION for a mandamus against the Judge of the Fifth District Court, parish of Orleans. *Forman*, for relator.

The judgment was rendered on the twenty-fifth of June. It was signed on the tenth of July.

MORGAN, J. Relator, on the opening of the court in November, asked the judge to sign the judgment again, which he refused to do. This rule is taken upon him to show cause why he should not be ordered to do so. He has made no answer.

The judgment having been signed in vacation is, under the authority of Hernandez v. James, 25 An. 483, no judgment. Being no judgment, no appeal could be taken from it. Relator had the right to see that the judgment of which he complains should be regularly signed.

The rule is made absolute.